RECEIVED
DEC 17 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MAURICE KERRICK, JR.<br>FED. REG. #39330-007 | DOCKET NO. 10-CV-1327; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| W.A. SHERROD | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16TH day of December, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE